UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE NON-JUDICIAL CIVIL FORFEITURE  :
PROCEEDING REGARDING $438,501        :   STIPULATION AND ORDER
SEIZED ON OR ABOUT FEBRUARY 22, 2024 :
:   24 Misc. 350
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about February 22, 2024, the Drug Enforcement Administration ("DEA") seized, in total, $438,501 in United States currency (the "Seized Property") from Taras Kruts (the "Claimant") and at his residence located in Brooklyn, New York;

        WHEREAS, the DEA initiated an administrative forfeiture proceeding against the Seized Property, pursuant to Title 21, United States Code, Section 881, by timely sending written notice of its intent to forfeit the Seized Property to all known interested parties;

        WHEREAS, on May 6, 2024, the DEA received a claim from the Claimant asserting an interest in the Seized Property;

        WHEREAS, the DEA subsequently referred the matter to the United States Attorney's Office for judicial forfeiture;

        WHEREAS, no other party has claimed an interest in the Seized Property;

        WHEREAS, Title 18, United States Code, Section 983(a)(3)(A) provides that, "not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a Court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties";

WHEREAS, pursuant to Title 18, United States Code, Section 983(a)(3), the United States was required to file a civil complaint to forfeit the Seized Property no later than August 4, 2024;

WHEREAS, the Government requests an extension of 60 days to file a complaint from August 4 to October 3, 2024; and

WHEREAS, Tony Mirvis, Esq., attorney for the Claimant, represents and warrants that he is authorized to consent to this Stipulation on behalf of his client, Taras Kruts;

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of the aforementioned parties and pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the time in which the Government is required to file a complaint for forfeiture of the Seized Property is extended from August 4, 2024 to October 3, 2024.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 1.

So Ordered.

Dated: August 2, 2024
New York, New York
Part 1 Judge

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          7/31/2024
Tara La Morte                        DATE
Assistant United States Attorney
26 Federal Plaza, 38th Floor
New York, NY 10278
(212) 637-1041

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

TARAS KRUTS, Claimant

By: _____     7/31/2024
    Tony Mirvis, Esq.                                DATE
    The Mirvis Law Firm
    Attorney for Claimant
    28 Dooley Street, 3rd Floor
    New York, NY 10278
    (718) 300-1678