UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
IN RE NON-JUDICIAL CIVIL FORFEITURE                         :
PROCEEDING REGARDING $438,501                               :     24 Misc. 350 (LGS)
SEIZED ON OR ABOUT FEBRUARY 22, 2024                        :
                                                            :     <u>ORDER</u>
                                                            :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated December 3, 2024, directed the United States of America to commence any judicial forfeiture action against $438,501 in United States currency seized on or about February 22, 2024, by January 31, 2025.

WHEREAS, the United States has not commenced any judicial forfeiture action. It is hereby

**ORDERED** that this case is dismissed.

The Clerk of Court is respectfully directed to close the case.

Dated: March 12, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE